Carroll v South Nassau Communities Hosp.

2026 NY Slip Op 02098

April 8, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Raymond Carroll, respondent,

v

South Nassau Communities Hospital, et al., appellants, et al., defendants.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 8, 2026

2020-06542, 2021-00876, (Index No. 601207/15)

Angela G. Iannacci, J.P.

Lara J. Genovesi

Carl J. Landicino

Laurence L. Love, JJ.

Lewis Johs Avallone Aviles, LLP, Islandia, NY (Amy E. Bedell of counsel), for appellant South Nassau Communities Hospital.

Vigorito, Barker, Patterson, Nichols & Porter, LLP (Timothy G. McNamara, Adonaid C. Medina, and Lewis Brisbois Bisgaard & Smith LLP, New York, NY [Nicholas Hurzeler], of counsel), for appellant Diana Kontonotas.

Bamundo, Zwal, Schermerhorn & Caffrey LLP (Michael C. Zwal, Ben Bartolotta, and The Breakstone Law Firm, P.C., Bellmore, NY [Jay L. T. Breakstone], of counsel), for respondent.

[*1]

DECISION & ORDER

In an action to recover damages for medical malpractice, the defendant South Nassau Communities Hospital appeals, and the defendant Diana Kontonotas separately appeals, from (1) an order of the Supreme Court, Nassau County (Roy S. Mahon, J.), entered August 12, 2020, and (2) an order of the same court entered January 15, 2021. The order entered August 12, 2020, insofar as appealed from, upon renewal, adhered to a prior determination in an order of the same court entered February 19, 2020, denying those branches of those defendants' separate motions which were pursuant to CPLR 3211(a)(5) to dismiss the complaint insofar as asserted against each of them. The order entered January 15, 2021, insofar as appealed from, upon reargument, adhered to the determination in the order entered August 12, 2020, made upon renewal, adhering to the prior determination in the order entered February 19, 2020, denying those branches of those defendants' separate motions which were pursuant to CPLR 3211(a)(5) to dismiss the complaint insofar as asserted against each of them.

ORDERED that the appeals from the order entered August 12, 2020, are dismissed, without costs or disbursements, as that order was superseded by the order entered January 15, 2021, made upon reargument; and it is further,

ORDERED that the appeals from the order entered January 15, 2021, are dismissed, without costs or disbursements.

The appeals from the order entered January 15, 2021, must be dismissed because the right of direct appeal therefrom terminated with the entry of a judgment in the action (see Matter of Aho, 39 NY2d 241). The issues raised on the appeals from the order entered January 15, 2021, are [*2]brought up for review and have been considered on the appeals from the judgment (see CPLR 5501[a][1]; Carroll v South Nassau Communities Hosp., ____ AD3d ____ [Appellate Division Docket Nos. 2022-04698, 2022-09504, 2023-05121, 2023-05534; decided herewith]).

IANNACCI, J.P., GENOVESI, LANDICINO and LOVE, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court